WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
GINA F. ELLIOTT (SBN 320093)
gina.elliott@mto.com
ANDREW R. LEWIS (SBN 329718)
andrew.lewis@mto.com
LLOYD S. MARSHALL (SBN 331566)
lloyd.marshall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089

*Attorneys for Plaintiffs National Association for the
Advancement of Colored People of San Jose/Silicon Valley,
Gwen Gasque, Laura Martinez, Alysa Cisneros, Geoffrey
Paulsen, Bridget Grant-Fraser, Donald McDougall,
Kimberly Bomar, Iyanu Olukotun, LaDoris Hazzard Cordell,
and Sarah Longstreth*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE OF SAN JOSE/SILICON VALLEY, GWEN GASQUE, LAURA MARTINEZ, ALYSA CISNEROS, GEOFFREY PAULSEN, BRIDGET GRANT-FRASER, DONALD MCDOUGALL, KIMBERLY BOMAR, IYANU OLUKOTUN, LADORIS HAZZARD CORDELL, and SARAH LONGSTRETH, <br><br> Plaintiffs <br><br> v. <br><br> CITY OF PALO ALTO, CALIFORNIA, <br> Defendant. | Case No. 5:20-cv-07251-EJD <br><br> **STIPULATION AND [PROPOSED] PERMANENT INJUNCTION** |

-1-

Plaintiffs National Association for the Advancement of Colored People of San Jose/Silicon Valley, Gwen Gasque, Laura Martinez, Alysa Cisneros, Geoffrey Paulsen, Bridget Grant-Fraser, Donald McDougall, Kimberly Bomar, Iyanu Olukotun, LaDoris Hazzard Cordell, and Sarah Longstreth ("Plaintiffs") and Defendant City of Palo Alto (the "City") stipulate as follows:

WHEREAS, Plaintiffs filed their complaint in this action in California Superior Court, County of Santa Clara;

WHEREAS, the City answered Plaintiffs' complaint and removed this action to this Court;

WHEREAS, this Court has jurisdiction over Plaintiffs, the City, and this action;

WHEREAS, in their complaint, Plaintiffs alleged that former Palo Alto Municipal Code § 22.04.150 (the "Ordinance"), which restricted the ability of non-residents of Palo Alto to enter Foothills Park, located at 3300 Page Mill Road, Los Altos Hills, CA 94022 ("Foothills Park"), violated the rights of non-residents of Palo Alto under the United States Constitution and California Constitution, and the rights of Palo Alto residents under California Code of Civil Procedure Section 526a;

WHEREAS, in their complaint, Plaintiffs sought declaratory relief, injunctive relief, attorneys' fees, and costs;

WHEREAS, in its answer, the City generally denied the allegations in Plaintiffs' complaint and asserted certain affirmative defenses to Plaintiffs' claims;

WHEREAS, Plaintiffs and the City have reached a settlement agreement, which has been filed with the Court, that provides for entry of a stipulated permanent injunction (the "Injunction"), subject to the approval of the Court, on the terms set forth herein;

WHEREAS, Plaintiffs and the City consider the settlement agreement and the Injunction to be a just, fair, adequate, and equitable resolution of all claims arising out of this action, and have jointly moved the Court for entry of the Injunction;

WHEREAS, Plaintiffs and the City agree that the settlement agreement and the Injunction, taken together, constitute an appropriate resolution this action;

NOW, THEREFORE, it is hereby stipulated by and between Plaintiffs and the City, subject to the approval of the Court, that the Court should issue a permanent injunction in this matter in the form set forth herein.

**SO STIPULATED AND AGREED:**

FOR PLAINTIFFS:

DATED:  January 22, 2021                    AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF NORTHERN CALIFORNIA


By:    _*/s/ William S. Freeman*_____
       William S. Freeman
       Attorneys for Plaintiffs


DATED:  January 22, 2021                    MUNGER, TOLLES & OLSON LLP


By:    _*/s/ Achyut J. Phadke*_____
       Achyut J. Phadke
       Attorneys for Plaintiffs


FOR DEFENDANT CITY OF PALO ALTO:

DATED:  January 22, 2021                    NEWDORF LEGAL


By:    _*/s/ David B. Newdorf*_____
       David B. Newdorf
       Attorney for Defendant City of Palo Alto


Pursuant to L.R. 5-1(i)(3), I, Achyut J. Phadke, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.


By:    _*/s/ Achyut J. Phadke*_____
       Achyut J. Phadke

-3-

**[PROPOSED] PERMANENT INJUNCTION**

Upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED, ADJUDGED AND DECREED:

1. Defendant City of Palo Alto, as well as its officers, employees, attorneys, and agents, are immediately and permanently enjoined from restricting or prohibiting access to Foothills Park on the basis of Palo Alto residency.

2. Defendant City of Palo Alto, as well as its officers, employees, attorneys, and agents, are immediately and permanently enjoined from discriminating between Palo Alto residents and non-residents as to access to Foothills Park.  This injunction does not apply to access to or use of facilities within Foothills Park.

3. Any and all laws, ordinances, rules, regulations, or policies of Defendant City of Palo Alto that pertain to access to the land that currently makes up Foothills Park shall provide that Foothills Park shall be open to all persons, without regard to Palo Alto residency.

4. Defendant City of Palo Alto, as well as its officers, employees, attorneys, and agents, are immediately and permanently enjoined from enacting or imposing any law, ordinance, rule, regulation, policy, or practice that prohibits or restricts access by non-residents of Palo Alto into Foothills Park, or otherwise discriminates between Palo Alto residents and non-residents as to access to Foothills Park.

5. Defendant City of Palo Alto, as well as its officers, employees, attorneys, and agents, are immediately and permanently enjoined from placing on any future ballot, or sponsoring or officially supporting, any referendum or initiative that has the purpose or effect of prohibiting or restricting access to Foothills Park by non-residents of Palo Alto.

7. This Court will retain jurisdiction for a period of six (6) months from the date hereof to enforce the terms of this permanent injunction.

**SO ORDERED** this __25th__ day of ___January___, 2021.

 

_____
Edward J. Davila
United States District Judge

-5-