WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
GINA F. ELLIOTT (SBN 320093)
gina.elliott@mto.com
ANDREW R. LEWIS (SBN 329718)
andrew.lewis@mto.com
LLOYD S. MARSHALL (SBN 331566)
lloyd.marshall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089

*Attorneys for Plaintiffs National Association for the
Advancement of Colored People of San Jose/Silicon Valley,
Gwen Gasque, Laura Martinez, Alysa Cisneros, Geoffrey
Paulsen, Bridget Grant-Fraser, Donald McDougall,
Kimberly Bomar, Iyanu Olukotun, LaDoris Hazzard Cordell,
and Sarah Longstreth*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE OF SAN JOSE/SILICON VALLEY, GWEN GASQUE, LAURA MARTINEZ, ALYSA CISNEROS, GEOFFREY PAULSEN, BRIDGET GRANT-FRASER, DONALD MCDOUGALL, KIMBERLY BOMAR, IYANU OLUKOTUN, LADORIS HAZZARD CORDELL, and SARAH LONGSTRETH,<br><br>                    Plaintiffs<br><br>                    v.<br><br>CITY OF PALO ALTO, CALIFORNIA,<br>                    Defendant. | Case No. 20-cv-07251<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

-1-

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs National Association for the Advancement of Colored People of San Jose/Silicon Valley, Gwen Gasque, Laura Martinez, Alysa Cisneros, Geoffrey Paulsen, Bridget Grant-Fraser, Donald McDougall, Kimberly Bomar, Iyanu Olukotun, LaDoris Hazzard Cordell, and Sarah Longstreth ("Plaintiffs") and Defendant City of Palo Alto (the "City" and, collectively with Plaintiffs, the "Parties"), being all of the parties to the above-captioned action, through undersigned counsel, hereby stipulate and agree as follows:

1.      This action shall be dismissed with prejudice;

2.      Each Party shall bear their own attorney's fees and costs;

3.      The Settlement Agreement executed by the Parties and the Permanent Injunction entered by this Court on January 25, 2021 shall remain in effect following the dismissal of this action; and

4.      The Court shall retain jurisdiction over the Parties for six months from the date of dismissal of this action to resolve any disputes relating to or arising from implementation of the Settlement Agreement.

FOR PLAINTIFFS:

DATED:  January 25, 2021                AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION OF NORTHERN CALIFORNIA


                                         */s/ William S. Freeman*
                                        _____
                                        William S. Freeman
                                        Attorneys for Plaintiffs


DATED:  January 25, 2021                MUNGER, TOLLES & OLSON LLP


                                         */s/ Achyut J. Phadke*
                                        _____
                                        Achyut J. Phadke
                                        Attorneys for Plaintiffs

FOR DEFENDANT CITY OF PALO ALTO, CALIFORNIA:

DATED:  January 25, 2021

*/s/ David B. Newdorf*

David B. Newdorf
Attorney for Defendant City of Palo Alto

Pursuant to Civil Local Rule 5-1(i)(3), I, Achyut J. Phadke, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

By:    */s/ Achyut J. Phadke*
Achyut J. Phadke

-3-

**[PROPOSED] ORDER**

The Parties having stipulated and agreed, and good cause appearing, the Court hereby orders as follows:

1.      The above-captioned action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2.      The Parties shall bear their own attorneys' fees and costs;

3.      The Permanent Injunction entered by this Court on January 25, 2021 shall remain in effect following the dismissal of this action; and

4.      The Court shall retain jurisdiction over this matter for a period of six months from the date of this Order to resolve any disputes relating to or arising from implementation of the Parties' Settlement Agreement.

**SO ORDERED** this 26 day of January, 2021

Edward J. Davila
United States District Judge